UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ADEBOWALE ADENEKAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:12-cv-01564-TWP-TAB |
| | ) |
| COLLECTO, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER ON JANUARY 31, 2013, INITIAL PRETRIAL CONFERENCE**

Plaintiff appeared by counsel January 31, 2013, for an initial pretrial conference. Defendant's counsel failed to appear as ordered until contacted by the Court. Discussion held regarding case status, pending motions, and settlement. The Court stays all briefing and other deadlines, and keeps all motions (including Defendant's motion for sanctions) and the Case Management Plan under advisement, and also keeps under advisement what sanctions, if any, are appropriate for Defendant's counsel's failure to timely appear for the conference. Counsel shall advise the Magistrate Judge by February 14, 2013, as to the status of settlement.

Dated: 2/1/2013

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Kimberlee L. Gunning
TERRELL MARSHALL DAUDT & WILLIE PLLC
kgunning@tmdwlaw.com

Syed Ali Saeed
SAEED & LITTLE LLP
ali@sllawfirm.com

David M. Schultz
HINSHAW & CULBERTSON
dschultz@hinshawlaw.com

Beth E. Terrell
TERRELL MARSHALL DAUDT & WILLIE PLLC
bterrell@tmdwlaw.com

Katherine H. Tresley
HINSHAW & CULBERTSON LLP
ktresley@hinshawlaw.com

Clifford E. Yuknis
HINSHAW & CULBERTSON
cyuknis@hinshawlaw.com