IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ADEBOWALE ADENEKAN, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COLLECTO, INC., d/b/a EOS CCA, a Massachusetts corporation,<br><br>Defendant. | Case No. 1:12-cv-1564-TWP-TAB |

## STIPULATION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) AND WITHDRAW MOTION FOR SANCTIONS

It is hereby stipulated and agreed by and between the parties to the above-entitled action, through their respective attorneys, and pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice as to all of the Plaintiff's individual claims and without prejudice as to the potential claims of any absent class members, and without fees or costs to any party.  The parties further stipulate that Defendant hereby withdraws its Motion for Sanctions under Rule 11 and 28 U.S.C. § 1927 filed January 31, 2013 (Docket #26) and that the Court may enter the attached order.

| ADEBOWALE ADENEKAN, Plaintiff | COLLECTO, INC., d/b/a EOS CCA, Defendant |
|---|---|
| By:  Kimberlee L. Gunning, *Pro Hac Vice*<br>    His Attorneys<br>    Syed Ali Saeed (28759-49)<br>    SAEED & LITTLE, LLP<br>    1433 North Meridian Street, Suite 202<br>    Indianapolis, Indiana  46202<br>    Telephone: (317) 614-5741<br>    Facsimile: 888-422-3151 | By:   Clifford E. Yuknis, *Pro Hac Vice*<br>    Its Attorneys<br>    David M. Schultz (61975-96)<br>    Clifford E. Yuknis, *Admitted Pro Hac Vice*<br>    Katherine H. Tresley, *Admitted Pro Hac Vice*<br>    HINSHAW & CULBERTSON LLP<br>    222 North LaSalle Street, Suite 300<br>    Chicago, Illinois 60601<br>    Telephone:  (312) 704-3000 |

Beth E. Terrell, *Admitted Pro Hac Vice*
Kimberlee L. Gunning, *Admitted Pro Hac Vice*
TERRELL MARSHALL DAUDT
  & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington  68103
Telephone: (206) 816-6603
Facsimile:  (206) 350-3528

CERTIFICATE OF SERVICE

I, Kimberlee L. Gunning, hereby certify that on February 6, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> David M. Schultz
> Clifford E. Yuknis, *Admitted Pro Hac Vice*
> Katherine H. Tresley, *Admitted Pro Hac Vice*
> HINSHAW & CULBERTSON LLP
> 222 North LaSalle Street, Suite 300
> Chicago, Illinois  60601
> Telephone:  (312) 704-3000
> Facsimile:  (312) 704-3001
> Email:  dschultz@hinshawlaw.com
> Email:  cyuknis@hinshawlaw.com
> Email:  ktresley@hinshawlaw.com
>
> *Attorneys for Defendant*

DATED this 6th day of February, 2013.


/s/ Kimberlee L. Gunning, *Admitted Pro Hac Vice*

Kimberlee L. Gunning, *Admitted Pro Hac Vice*
TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington  98103
Telephone:  (206) 816-6603
Facsimile:  (206) 350-3528
Email:  kgunning@tmdwlaw.com