## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| ADEBOWALE ADENEKAN, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>COLLECTO, INC., d/b/a EOS CCA, a Massachusetts corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:12-cv-1564-TWP-TAB<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii) AND WITHDRAWAL OF MOTION FOR SANCTIONS

The parties having filed a Stipulation to Dismiss the above-captioned action with prejudice as to Plaintiff's individual claims and without prejudice as to the potential claims of any absent putative class members, and without fees or costs to any party, and further that Defendant hereby withdraws its Motion for Sanctions, filed January 31, 2013 (Docket #26), the Court having been advised in the premises, the Court hereby ORDERS the above-captioned action be dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the potential claims of any absent putative class members, and without fees or costs to any party,; and Defendant's Motion for Sanctions under Rule 11 and 28 U.S.C. § 1927, filed January 31, 2013 (Docket #26) is withdrawn.

Dated  02/07/2013

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's CM/ECF system on February 6, 2013, which will send notification of such filing.